IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IAN NEWBOLD,<br><br>Defendant. | Criminal Case No. BAH-22-316 |

## MOTION TO DISMISS

The United States of America, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 48(a) and in the exercise of its prosecutorial discretion, and for good cause, hereby moves to dismiss without prejudice the Indictment (ECF No. 1) in the above-captioned case. Defense counsel does not object to this motion.

    Respectfully submitted,

    Kelly O. Hayes
    United States Attorney

By: _____/s/_____
    Kenneth S. Clark
    Kim Y. Hagan
    Assistant United States Attorneys
    36 S. Charles Street, Fourth Floor
    Baltimore, Maryland 21201

It is so ORDERED, this _____ day of _____ 2025.  The Indictment (ECF1) charging the above-captioned Defendant in the above captioned matter is hereby dismissed without prejudice.

_____
Honorable Brendan A. Hurson
United States District Judge