IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IAN NEWBOLD,<br><br>Defendant. | Criminal Case No. BAH-22-316 |

## MOTION TO DISMISS

The United States of America, by and through undersigned counsel, and pursuant to Fed. R. Crim. P. 48(a) and in the exercise of its prosecutorial discretion, and for good cause, hereby moves to dismiss without prejudice the Indictment (ECF No. 1) in the above-captioned case. Defense counsel does not object to this motion.

                                                Respectfully submitted,

                                                Kelly O. Hayes
                                                United States Attorney

                              By:          /s/
                                                 Kenneth S. Clark
                                                 Kim Y. Hagan
                                                 Assistant United States Attorneys
                                                 36 S. Charles Street, Fourth Floor
                                                 Baltimore, Maryland 21201

It is so ORDERED, this __15th__ day of September 2025.  The Indictment (ECF1) charging the above-captioned Defendant in the above captioned matter is hereby dismissed without prejudice.

    /s/
_____
Honorable Brendan A. Hurson
United States District Judge